IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07- cr-106-WKW |
| | ) | |
| DAVID RAY | ) | |

## ORDER ON MOTION

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#33), filed June 5, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. It is further

ORDERED that the Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Georgia Department of Corrections, commanding them to deliver the said prisoner, DAVID RAY, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court in Montgomery, Alabama, on June 18, 2007, at 9:00 a.m., and to return said prisoner to said official when the Court has finished with him.

DONE this 5th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE