IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   3:07-cr-0106-WKW |
| ) | |
| DAVID RAY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as court-appointed Counsel representing David Ray in the above-styled cause.

Respectfully submitted this 18th day of June, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, AUSA                John T. Harmon, AUSA
Post Office Box 197                  Post Office Box 197
Montgomery, AL  36101-0197           Montgomery, AL  36101-0197

s/ Richard K. Keith
**OF COUNSEL**