IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   3:07-cr-0106-WKW |
| | ) | |
| DAVID RAY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE AUGUST 6, 2007 TRIAL

COMES NOW, the defendant, David Ray, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the August 6, 2007 Trial in the above-styled cause.

As grounds in support thereof, the following is stated:

1. Trial in this matter is currently set for the August 6, 2007 trial term.

2. The undersigned was recently appointed to represent Defendant David Ray on June 18, 2007.

3. The discovery in this 5-defendant case is voluminous and will require additional time to review it in its entirety, particularly as the defendant is incarcerated.

4. Assistant United States Attorney Verne H. Speirs has been contacted and has no objection to a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the August 6, 2007 trial be continued.

Respectfully submitted this 27th day of June, 2007.

          s/ Richard K. Keith
          **RICHARD K. KEITH (KEI003)**
          Attorney for Defendant
          **KEITH & DUBIN, PC**
          22 Scott Street
          Montgomery, AL  36104-4012
          Telephone: (334) 264-6776
          Facsimile:    (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, AUSA
Post Office Box 197
Montgomery, AL  36101-0197

          s/ Richard K. Keith
          **OF COUNSEL**