IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:07cr106-WKW |
| | ) | |
| **DAVID RAY** | ) | |
| **JOSHUA TIMOTHY COX** | ) | |
| **CAREY TERRELL ORR** | ) | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from August 6, 2007, to November 5, 2007, and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on October 12, 2007, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 9th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE