IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 3:07cr106-WKW |
| DAVID RAY ) | |

**ORDER ON MOTION**

Upon consideration of the Government's motion to release custody of prisoner (Doc. # 73), filed on July 18, 2007, and for good cause, it is

ORDERED that the motion (Doc. #73) is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of DAVID RAY to HIDTA Agents Joe Herman and/or John Hurst, on July 19, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that Agents Joe Herman and/or John Hurst shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 19th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE