IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07CR106-WKW |
| | ) | |
| JUDSON MARSHALL COX, et al. | ) | |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully submits to this Honorable Court this motion to continue trial, and states the following extraordinary circumstances and good cause required for a continuance:

1) Trial of this matter is now set for November 5, 2007. The United States has provided all defendants with a draft plea agreement. The undersigned has spoken to counsel for each defendant and all parties are in active plea negotiations. Currently, all parties believe that plea negotiations will benefit from a sentencing guideline conference with United States Probation.

2) Undersigned counsel is scheduled for hip replacement surgery on November 20, 2007. According to physician estimates, undersigned should expect four weeks of recovery.

3) Considering the fact that the parties are in active plea negotiations and that undersigned counsel is scheduled for major surgery, the parties request that the trial of this matter be continued until February 2008. At this time, all parties believe that this matter will be resolved by plea negotiation.

4) The undersigned has discussed this matter with all parties and no party has an objection to a continuance of trial.

Respectfully submitted this the 12th day of October, 2007.

LEURA G. CANARY  
UNITED STATES ATTORNEY

/s/ Verne H. Speirs  
VERNE H. SPEIRS  
Assistant United States Attorney  
131 Clayton Street  
Montgomery, Alabama 36104  
334.223.7280  
334.223.7135 fax  
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07CR106-WKW |
| | ) | |
| JUDSON MARSHALL COX, et al. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Daniel Hamm, Leon David Walker, Ben Bruner, Randy Bruce Maddox and Richard Keith.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov