IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
v.                           )    CASE NO. : 3:07cr106-WKW
                             )
JUDSON MARSHALL COX
JOSHUA TIMOTHY COX
CAREY TERRELL ORR
KYLE BAILEY
DAVID RAY

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from November 5, 2007 to February 4, 2008 and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on January 11, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 16th day of October, 2007.

/s/ Wallace Capel. Jr.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE