IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Case No.  3:07-cr-106-WKW |
| ) | |
| JUDSON MARSHALL COX   ) | |
| JOSHUA TIMOTHY COX   ) | |
| CAREY TERRELL ORR   ) | |
| KYLE BAILEY   ) | |
| DAVID RAY   ) | |

**O R D E R**

In anticipation of the Judicial Council's approval of the Middle District of Alabama's Amended Plan for the Qualification and Random Selection of Grand and Petit Jurors, it is ORDERED that the trial of this matter is CONTINUED from February 4, 2008, to the criminal term of court beginning on **March 10, 2008, at 10:00 a.m.**, and will be conducted in the United States District Courthouse in Opelika, Alabama.

DONE this 4th day of December, 2007.

   /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE