```
        IN THE UNITED STATES DISTRICT COURT FOR
           THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CR. NO. 3:07cr106-WKW
                            )
DAVID RAY                   )
```

<u>NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION
PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 851</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant David Ray with notice of information of a prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Section 851.

Specifically, Ray was previously convicted in Cobb County, Georgia of trafficking in cocaine.

The United States has provided the defendant with a certified copy of his criminal history.

Respectfully submitted this 8th day of January, 2008.

```
                        LEURA G. CANARY
                        UNITED STATES ATTORNEY

                        /s/Verne H. Speirs
                        VERNE H. SPEIRS
                        Assistant United States Attorney
                        131 Clayton Street
                        Montgomery, Alabama 36104
                        (334) 223-7280  (334) 223-7138 Fax
                        verne.speirs@usdoj.gov
```

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO: 3:07cr106-WKW |
| | ) | |
| DAVID RAY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 8th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7138 Fax
verne.speirs@usdoj.gov