IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CASE NO. 3:07cr106-WKW |
| | ) |
| JUDSON MARSHALL COX, | ) |
| JOSHUA TIMOTHY COX, | ) |
| CAREY TERRELL ORR, | ) |
| KYLE BAILEY; and | ) |
| DAVID RAY a/k/a "D" | ) |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 19th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

**MOTION GRANTED**
THIS 20th DAY OF March, 2008
_____
UNITED STATES MAGISTRATE JUDGE