```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
    v.                      )   CASE NO. 3:07cr106-WKW
                            )
JUDSON MARSHALL COX,        )
JOSHUA TIMOTHY COX,         )
CAREY TERRELL ORR,          )
KYLE BAILEY; and            )
DAVID RAY a/k/a "D"         )
```

## MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the indictment returned May 9, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 14th day of April, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> **/s/Tommie Brown Hardwick**
> TOMMIE BROWN HARDWICK
> Assistant United States Attorney
> Bar Number: ASB4152 W86T
> 131 Clayton Street
> Montgomery, Alabama 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  CASE NO. 3:07cr106-WKW |
| | ) |
| **JUDSON MARSHALL COX,** | ) |
| **JOSHUA TIMOTHY COX,** | ) |
| **CAREY TERRELL ORR,** | ) |
| **KYLE BAILEY; and** | ) |
| **DAVID RAY a/k/a "D"** | ) |

**O R D E R**

Upon consideration of the Motion to Strike Forfeiture Allegation heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this ____ day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE